# UNITED STATES BANKRUPTCY COURT
# EASTERN DIVISION OF MICHIGAN
# SOUTHERN DIVISION

IN RE: Latonya Marie Walker

Case Number: 05-65161-MBM  
Chapter 13  
Judge MARCI B. MCIVOR

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The Trustee has attempted to deliver funds to the payee listed below in the course of administration of the estate. Having been unsuccessful in delivery of those funds, the Trustee has deposted those funds with the Clerk of the Court pursuant to 11 U.S.C. 347(a).

| Payee Name and Address | Transmittal Check Number to Clerk | Check Date | CheckAmount |
|---|---|---|---|
| Debtor Refund<br>LATONYA MARIE WALKER<br>36531 Farmbrook Drive<br>Apt 57<br>Clinton Township, MI 48035-1518 | 2590208 | May 17, 2011 | $410.23 |

Dated: May 26, 2011

/s/ David Wm. Ruskin

For the Office of the Chapter 13 Standing Trustee  
David Wm. Ruskin  
26555 Evergreen Ste 1100  
Southfield MI 48076  
(248) 352-7755

05-65161-mbm    Doc 39    Filed 05/26/11    Entered 05/26/11 09:58:09    Page 1 of 1